HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
HOPE ALLEY, CA Bar No. 314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ARMANDO QUINTERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-mj-00005-JDP |
| Plaintiff, | **STIPULATION TO CLARIFY THE JUDGMENT; ORDER** |
| vs. | |
| ARMANDO QUINTERO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Armando Quintero, that the Court clarifies the judgment entered on May 25, 2018.

On May 16, 2018, Mr. Quintero was sentenced to 12 months of unsupervised probation with the conditions that he obey all laws, report any contact with law enforcement within 7 days, and report any change of address within 7 days. Mr. Quintero was further ordered to pay a fine of $200, complete 60 hours of community service, attend AA 52 times at a rate of not more than twice per week, and complete the First Time DUI Offender Program.

Mr. Quintero has attempted to enroll in the First Time Offender Program, but he has been denied because the order does not specify which course Mr. Quintero must complete to satisfy this term of probation. The parties respectfully ask the Court to specify that Mr. Quintero must

complete the three-month First Offender Program. The three-month First Offender Program is typically imposed for a first time DUI. The parties ask that the Court honors the intent of the parties and clarify that the requirement included in the judgment refers to the three-month First Offender DMV Program.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: October 11, 2018        */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 11, 2018        */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
ARMANDO QUINTERO

# O R D E R

The court orders that, pursuant to Condition 5 of Mr. Quintero's Conditions of Probation, Mr. Quintero must complete the three-month First Offender DMV Course.

IT IS SO ORDERED.

Dated: ___October 15, 2018___        _____
UNITED STATES MAGISTRATE JUDGE