| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ARMANDO QUINTERO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-mj-00005-MJS |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND PROBATION; ORDER** |
| vs. | |
| ARMANDO QUINTERO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Armando Quintero that Mr. Quintero's term of unsupervised probation may be extended to expire on October 25, 2019. The parties further request that the Court continue the review hearing in this matter to September 25, 2019, at 10:00 a.m.

On May 16, 2018, Mr. Quintero pled guilty to driving while under the influence of alcohol in violation of 36 C.F.R. § 4.23(a)(2). That same date, the Court sentenced Mr. Quintero to twelve months of unsupervised probation, with the conditions that he obey all laws, report any new law violations within seven days, pay a $200 fine, complete 60 hours of community service, attend AA meetings once per week, and complete a first-time DUI course. Mr. Quintero's review hearing is set for April 17, 2019.

Mr. Quintero has paid his fine in full. In addition, he has provided proof of his completion

of 60 hours of community service and proof of his attendance at AA meetings at the rate of once per week to the government. In October 2018, the parties filed a stipulation asking that the Court specify in the judgment the type of DUI program that he was to complete. This was because the facility he was attempting to enroll at would not permit him to enroll with the previous judgment. Since October 2018, Mr. Quintero has provided the revised judgment and order to the DUI program facility in an effort to enroll in the first-time DUI program. However, the facility has continued to not allow him to enroll in the program. As Mr. Quintero has completed all other terms and conditions of his probation, the parties ask that the Court extend probation until October 25, 2019, and that a review hearing be set in this case for September 25, 2019, at 10:00 a.m.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: April 8, 2019    */s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 8, 2019    */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
ARMANDO QUINTERO

**O R D E R**

The court hereby grants the parties' request to continue the April 17, 2019 review hearing

to September 25, 2019, at 10:00 a.m., as well as the parties' request to extend unsupervised probation.  Probation is hereby extended to October 25, 2019, with the same terms and conditions previously imposed. Defendant is ordered to be present at the review hearing unless an order has been issued vacating the hearing date.

IT IS SO ORDERED.

Dated:   April 12, 2019                                   _____
                                                          UNITED STATES MAGISTRATE JUDGE