| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | ARMANDO QUINTERO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:18-mj-00005-JDP |
| Plaintiff, | STIPULATION AND ORDER TO VACATE REVIEW HEARING |
| vs. | |
| ARMANDO QUINTERO, | JUDGE: Hon. Jeremy D. Peterson |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the review hearing scheduled for September 25, 2019 at 10:00 a.m. be vacated in light of Mr. Quintero's compliance with all conditions of unsupervised probation and complete payment of the financial penalty imposed.

Mr. Quintero was sentenced on May 16, 2018 to 12 months of unsupervised probation with the conditions that he obey all laws and pay a total financial penalty of $200.00, complete 60 hours of community service, attend AA meetings once per week, and complete a first-time DUI course.

Mr. Quintero has paid his fine in full. In addition, he has provided proof of his completion of 60 hours of community service, proof of his attendance for all required AA meetings. Mr. Quintero has also completed the first-time DUI course and is otherwise in

1 compliance with the terms and conditions of his probation.  It is therefore the request of the
2 parties that the review hearing scheduled for September 25, 2019 at 10:00 a.m. be vacated.

                Respectfully submitted,

                MCGREGOR SCOTT
                United States Attorney

DATED: September 19, 2019    By:  */s/ Susan St. Vincent*
                SUSAN ST. VINCENT
                Acting Legal Officer
                National Park Service
                Yosemite National Park


                HEATHER E. WILLIAMS
                Federal Defender

DATED: September 19, 2019    By:  */s/ Eric V. Kersten*
                ERIC V. KERSTEN
                Assistant Federal Defender
                Attorney for Defendant
                ARMANDO QUINTERO

ORDER

Good cause appearing, the above stipulation in Case No. 6:18-mj-00005-JDP is accepted and adopted as the order of this court. The hearing currently set for September 25, 2019 is vacated.

IT IS SO ORDERED.

Dated: September 19, 2019

UNITED STATES MAGISTRATE JUDGE